UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
Bowilng Green   DIVISION

Doe

-vs-

Case No.: 1:23-cv-00161-GNS

Gorman et al.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Zanah Ghalawanji, is permitted to argue or try this case in whole or in part as counsel for Jane Doe. Further, the Applicant is ordered to pay all admission fees, including annual renewal fees, as required by General Order 23-11.

Greg N. Stivers, Chief Judge
United States District Court

January 2, 2024