UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23-CV-00161-GNS

*Electronically Filed*

JANE DOE                                                                                                       PLAINTIFF

V.                                      **AGREED ORDER**

DOUG GORMAN, Warren County Judge Executive,
In his official capacity only;
STEPHEN HARMON, Chief Jailer at Warren County Regional Jail,
In his official capacity only;
BROOKE LINDSEY HARP, Deputy Jailer at Warren County Regional Jail,
In her individual capacity only;
BENJAMIN CARROLL, Officer at Bowling Green Police Department,
In his individual capacity only;
OFFICER SMITH 1, Officer at Warren County Regional Jail,
In her individual capacity only; and
OFFICER SMITH 2, Officer at Warren County Regional Jail,
In her individual capacity only                                                                       DEFENDANTS

This matter is before the Court by agreement of the parties as is evidenced by the signatures of their respective counsel below. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1.  The Plaintiff hereby voluntarily dismisses each of her claims against Defendant, Doug Gorman, Warren County Judge Executive, in his official capacity, without prejudice. Defendant Gorman hereby withdraws his previously filed motion to dismiss (DN 11) as being moot.

2.  The Plaintiff hereby voluntarily dismisses each of her claims against Defendant, Benjamin Carroll, Officer at Bowling Green Police Department, in his individual capacity, without prejudice. Defendant Carroll hereby withdraws his previously filed motion to dismiss (DN 10) as being moot.

3.      The Plaintiff has requested leave to file a first amended complaint and the Defendants consent to same pursuant to Fed. R. Civ. P. 15(a)(2). The Defendants named in the forthcoming first amended complaint shall have 20 days from the filing of said amended complaint to file their responsive pleadings.

4.      Defendants Harmon, Harp, Smith 1, and Smith 2 hereby withdraw their previously filed motion to dismiss (DN 11) as being moot. All Defendants shall be allowed leave to re-file a motion to dismiss if subsequently named in an amended complaint by the Plaintiff.

5.      The Plaintiff's motion for temporary restraining order or preliminary injunction (DN 3) was previously withdrawn by the Plaintiff on January 25, 2024 (DN 22).

6.      The Plaintiff's deadline to file a reply in support of her motion for protective order (DN 4) is hereby extended to **March 1, 2024**.

Greg N. Stivers, Chief Judge
United States District Court

February 16, 2024

HAVE SEEN AND AGREE:

CAIR NATIONAL LEGAL DEFENSE FUND
/s/ *Lena F. Masri (with permission)*
Lena F. Masri (VA 93291)*
Kimberly Noe-Lehenbauer (OK 34744)*
Zanah Ghalawanji (MI P83116)*
*Co-Counsel for Plaintiff*

*Roula Allouch (Kentucky Bar No. 91594)*
*Co-Counsel for Plaintiff*

*Admitted Pro Hac Vice

/s/ *Matthew P. Cook*
Matthew P. Cook
*Counsel for Defendants*

DISTRIBUTION: All Counsel of Record