UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23-CV-00161-GNS

*Electronically Filed*

JANE DOE                                                                                                PLAINTIFF

V.            **NOTICE OF SETTLEMENT OF REMAINING CLAIMS**

STEPHEN HARMON, Chief Jailer at Warren County Regional Jail,
In his official capacity only; and
BROOKE LINDSEY HARP, Deputy Jailer at Warren County Regional Jail,
in her individual capacity only                                                   DEFENDANTS

Defendants, Jailer Stephen Harmon, in his official capacity, and Deputy Jailer Brook Lindsey Harm, in her individual capacity, by counsel, give notice, pursuant to Local Rule 54.1, that they have come to an agreement with the Plaintiff to resolve all remaining claims asserted in this matter. The parties are in the process of preparing settlement documents and they advise the Court they will subsequently submit an agreed order of dismissal.

KERRICK BACHERT PSC
P.O. Box 9547
Bowling Green, KY 42102
T: (270) 782-8160
tkerrick@kerricklaw.com
mcook@kerricklaw.com
mbrown@kerricklaw.com

*/s/ Matthew P. Cook*
Thomas N. Kerrick
Matthew P. Cook
Cade McGavinn Brown
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    This will certify that a true and exact copy of the foregoing was this 18th day of March, 2024, filed electronically via the CM/ECF efiling system and forwarded via email to the following:

Lena F. Masri
Kimberly Noe-Lehenbauer
Zanah Ghalawanji
Cair National Legal Defense Fund
453 New Jersey Ave. SE
Washington, DC 20003
lfmasri@cair.com
knoelehenbauer@cair.com
zghalawanji@cair.com

Roula Allouch
Bricker Graydon, LLP
312 Walnut St., Ste. 1800
Cincinnati, OH 45202
rallouch@brickergraydon.com
*Counsel for Plaintiff*

                                                                /s/ Matthew P. Cook
                                                                 *Counsel for Defendants*