UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:23-CV-00161-GNS

*Electronically Filed*

JANE DOE                                                                                    PLAINTIFF

V.                  **AGREED ORDER OF DISMISSAL OF
ALL CLAIMS WITH PREJUDICE**

STEPHEN HARMON, Chief Jailer at Warren County Regional Jail,
in his official capacity only, et al.                            DEFENDANTS

      This matter is before the Court by agreement of the parties as is evidenced by the signatures of their respective counsel below. The parties announce to the Court that all claims asserted or assertable in this matter have been resolved. The Court being sufficiently advised;

      IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted or assertable by the Plaintiff, Jane Doe, against Defendants, Stephen Harmon and Brook Lindsay Harp, are hereby DISMISSED WITH PREJUDICE. In addition, the Plaintiff's claims against Defendants, Doug Gorman and Benjamin Carroll, which were previously dismissed without prejudice, are now hereby DISMISSED WITH PREJUDICE. The parties shall be responsible for their own respective costs and attorney's fees. This is a final and appealable order and there is no just cause for delay.

HAVE SEEN AND AGREE:

CAIR NATIONAL LEGAL DEFENSE FUND

*/s/  Lena F. Masri (with permission)*
Lena F. Masri (VA 93291)*
Kimberly Noe-Lehenbauer (OK 34744)*
Zanah Ghalawanji (MI P83116)*
*Co-Counsel for Plaintiff*

Roula Allouch *(Kentucky Bar No. 91594)*
*Co-Counsel for Plaintiff*

*Admitted Pro Hac Vice


*/s/  Matthew P. Cook*
Matthew P. Cook
*Counsel for Defendants*


DISTRIBUTION:  All Counsel of Record

2